United States District Court
Southern District of New York                    7:21-cv-00192-VB

Lisa Sibirtzeff, individually and on behalf of
all others similarly situated,

                Plaintiff,

        - against -                    Notice of Voluntary Dismissal

Royal Appliance Mfg. Co.,

                Defendant

      Plaintiff gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   April 16, 2021

                                        Respectfully submitted,

                                        Sheehan & Associates, P.C.

                                        /s/Spencer Sheehan
                                        Spencer Sheehan
                                        60 Cuttermill Rd Ste 409
                                        Great Neck NY 11021-3104
                                        Tel: (516) 268-7080
                                        Fax: (516) 234-7800
                                        spencer@spencersheehan.com

7:21-cv-00192-VB
United States District Court
Southern District of New York

Lisa Sibirtzeff, individually and on behalf of all others similarly situated,

                        Plaintiff,

                - against -

Royal Appliance Mfg. Co.,

                        Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 60 Cuttermill Rd Ste 409
 Great Neck NY 11021-3104
    Tel: (516) 268-7080
    Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: April 16, 2021

                                                                    /s/ Spencer Sheehan
                                                                     Spencer Sheehan

Certificate of Service

I certify that on April 16, 2021, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan  
Spencer Sheehan